| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 96-00045-001 |
| **TRANSFER OF JURISDICTION** E-filing | | DOCKET NUMBER *(Rec. Court)* |
| | | CR06-00319 DLJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dennis Daniel Sison Rodriguez<br>c/o USPO Alton P. Dural, Jr.<br>Northern District of California<br>1301 Clay Street, Suite 220S<br>Oakland, California 94612-5206 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | John S. Unpingco | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>March 8, 2002 | TO<br>March 7, 2007 |

OFFENSE

Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960 and 963.

**FILED**

MAY - 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____N/A_____ DISTRICT OF _____GUAM_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/06/06
*Date*

ROGER T. BENITEZ, District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/releasee be accepted and assumed by this Court from and after the entry of this order.

**RECEIVED** APR - 5 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

**FILED**

DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

I hereby certify that the annexed document is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Date 7/13/06   Deputy Clerk

4-27-06
*Effective Date*

United States District Judge

**ORIGINAL**